IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:12cr13-MHT |
| DARRELL CULBERTSON | ) | (WO) |

## JUDGMENT

Upon consideration of the government's motion to dismiss indictment (doc. no. 30), it is the ORDER, JUDGMENT, and DECREE of the court that said motion is granted and that the indictment against defendant Darrell Culbertson is dismissed.

Defendant Culbertson is discharged.

DONE, this the 29th day of October, 2012.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE